**ORIGINAL**

# In the United States Court of Federal Claims

Cary Zolman )
)
)
)
)
                **Plaintiff(s),** )   Case No. **17-1902 T**
)
v. )
)   Judge _____
THE UNITED STATES, )
)
                **Defendant.** )
_____ )

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

The Internal Revenue Service (IRS) has placed a Federal Tax Lien of $3,855.30 on my property (see Unofficial Copy). The IRS did not and does not have jurisdiction to do so (see United States Tax Court Docket Number 22452-14L enclosed). I have a United States Tax Court order signed by the United States Tax Court stating the IRS does not have jurisdiction in the year the lien is filed, I have been and still am being damaged by the United States because the United States is still in contempt of court. IRS Agent Jennifer Henderson has placed a knowingly and mulish lien against me.

## 2. PARTIES

Plaintiff, Cary Zolman, resides at 668 Bear Creek Dr.
(Street Address)

Hurst, Texas 76054, 713-409-2496
(City, State, ZIP Code)   (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

N/A

## 3. PREVIOUS LAWSUITS.
Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? [✓] Yes [ ] No

If yes, please list cases: N/A

## 4. STATEMENT OF THE CLAIM.
State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The United States is involved by not releasing the $3,855.30 lien after receiving the United States Federal Tax Court Order. The United States is obligated to follow the United States Tax Court order to remove any liens that was placed in error, or pay for damage up to $100,000.00 see according to civil damages for collection action section 3102C enclosed, that is being done against the person that is innocent of the charges. The damages have been going on for years. The United States has failed to remove this lien so I am entitled to the judgment against the United States. The IRS did not and still does not have jurisdiction to allow this lien.

The United States is involved knowingly and mulishly and should be required to pay for not following the United States Tax Court Order. The United States must be held to a standard that all people must be held to. The United States filed this lien against me knowing the United States Tax Court signed the jurisdiction order. It is the United States Claims Court's job to keep the United States from this kind of actions. The United States Claims Court must not allow this kind of damage to occur without any remedy or recourse for the people. The United State Claims Court must hold the United States to the laws they write.

I am entitled to this judgment for the United States has damaged me and is still damaging me. I am entitled to this judgment against the United States this judgment should be rendered in my favor for $100,000.00.

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

I want this court to give me relief by signing an order that gives me a judgment against the United States in the amount of $100,000.

Signed this __30__ day of __November__, __2017__.
        (day)        (month)      (year)

_____
Signature of Plaintiff(s)